IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA BRUNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-374-STE ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Currently before the Court is a Motion (ECF No. 38) entitled "Nevada Smith, Third Party Request Leave to File Notice to this Court of Commissioner Laws and Discrimination that Denied Donna Bruner Due Process Rights, filed by non-party Nevada Smith on January 7, 2022. In response, Plaintiff has filed a Motion to Strike (ECF No. 39).

This matter was reversed and remanded on October 29, 2021. As no further litigation is authorized in this matter, the Court hereby **GRANTS** Plaintiff's Motion to Strike **(ECF No. 39)** and **ORDERS** the Motion **(ECF No. 38) STRICKEN** as an improper pleading.

**IT IS SO ORDERED** on January 25, 2022.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE